Case 6:04-cv-01064-MLB-KMH Document 16 Filed 03/25/14 Page 1 of 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**And**<br><br>**STATE OF KANSAS, ex rel**<br>**KANSAS DEPARTMENT OF**<br>**HEALTH AND ENVIRONMENT,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**COFFEYVILLE RESOURCES**<br>**REFINING & MARKETING, LLC**<br><br>**Defendant.** | ) | **Civ. No. 04-CV-1064-MLB** |

**FIRST MATERIAL MODIFICATION TO SECOND CONSENT DECREE**

WHEREAS, on April 19, 2012, this Court entered a consent decree ("Second Consent Decree") among Plaintiff, the United States of America ("United States"), on behalf of the Environmental Protection Agency ("EPA"), Plaintiff Intervenor the State of Kansas, ("Kansas"), on behalf of Kansas Department of Health and Environment ("KDHE"), (collectively "Plaintiffs") and Coffeyville Resources Refining & Marketing, LLC ("CRRM"), resolving certain alleged violations of federal statutory and regulatory provisions (ECF No. 14);

WHEREAS Paragraphs 163-164 of Section VII of the Second Consent Decree require CRRM to perform a Supplemental Environmental Project (described in Appendix G) that includes four (4) individual project components;

WHEREAS under Appendix G three (3) project components are related to Tank 3003 and have a deadline of December 31, 2013: (1) Tank 3003 Service and Skimmer; (2) Gathering of Water Streams; and (3) Recycling of Stripped Sour Water;

WHEREAS following an API 653 external inspection of Tank 3003 in 2012, CRRM determined that replacing Tank 3003 prior to installing the oil skimmer and re-routing water streams is the best strategy for ensuring long-term tank integrity and achieving environmental benefits;

WHEREAS CRRM has requested a twelve (12) month extension to the three project component deadlines related to Tank 3003 in order to construct and install a new Sour Water Stripper Tank;

WHEREAS the new Sour Water Stripper Tank will have a capacity of approximately 71,000 barrels, which is larger than the existing tank. Replacing the existing tank with the new tank will help to prevent hydrocarbon carryover by increasing the residence time to allow better oil/water separation and will achieve greater environmental benefits than using the existing tank;

WHEREAS the Parties agree to modify the Second Consent Decree to reflect the changes to the SEP as detailed above and in the Amended Appendix G attached hereto;

WHEREAS pursuant to Paragraph 247 of the Second Consent Decree, this First Material Modification (the "Modification") to the Consent Decree is filed with the Court;

WHEREAS the Parties agree that this Modification is in the best interest of the public;

WHEREAS the Parties recognize, and the Court by entering this Modification finds, that it has been negotiated at arms-length and in good faith and that this Modification is fair, reasonable and in the public interest;

NOW THEREFORE, The United States, Kansas and CRRM hereby agree that, upon approval of this Modification by the Court, the Second Consent Decree shall be amended as follows:

1. All references in Paragraphs 14 h., 163-169, and 197a. of the Second Consent Decree to "Appendix G" shall be changed to read "Amended Appendix G."
2. Appendix G to the Consent Decree shall be replaced with the attached "Amended Appendix G."

The United States and Kansas agree not to seek stipulated penalties for CRRM's failure to comply with the deadlines related to Tank 3003 set forth in Appendix G to the Second Consent Decree prior to this modification.

ORDERED, ADJUGED and DECREED this 25th day of March, 2014

s/ Monti Belot
MONTI L. BELOT
UNITED STATES DISTRICT JUDGE

WE HEREBY CONSENT to the entry of this Consent Decree subject to the public notice and comment provisions of 28 C.F.R. § 50.7:

**FOR PLAINTIFF THE UNITED STATES OF AMERICA:**

Date: 3/21/14

ROBERT DREHER
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

Date: 3/24/14

ELIZABETH L. LOEB
Senior Counsel
Environment and Natural Resources Division
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 616-8916
Elizabeth.Loeb@usdoj.gov
Member of the New York Bar.

BARRY R. GRISSOM
United States Attorney
District of Kansas

/s/ Emily Metzger
EMILY METZGER
Assistant United States Attorney
301 North Main Street
Wichita, Kansas 67212
(316) 269-6481
Emily.Metzger@usdoj.gov
Kansas Supreme Court Number 10750

Date: 2/11/14

SUSAN SHINKMAN
Director
Office of Civil Enforcement
U.S. Environmental Protection Agency

Date:

MELAINE SHEPHERDSON
Attorney, Air Enforcement Division
Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency

Date:

KARL BROOKS
Regional Administrator
U.S. Environmental Protection Agency
Region VII

Date:

DAVID COZAD
Regional Counsel
U.S. Environmental Protection Agency
Region VII

Date:

SARAH T. LaBODA
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region VII

**WE HEREBY CONSENT to the entry of this Consent Decree:**

**FOR PLAINTIFF KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT:**

Date:

ROBERT MOSER, M.D.
Secretary
Kansas Department of Health and Environment

Date: 3/12/14

TIMOTHY E. KECK
Deputy Chief Counsel and Special Assistant Attorney General
Kansas Department of Health and Environment

PAGE INTENTIONALLY LEFT BLANK.

WE HEREBY CONSENT to the entry of this Consent Decree:

**FOR DEFENDANT COFFEYVILLE RESOURCES REFINING & MARKETING, LLC,**

Date: 2/27/14

Stanley A. Riemann
Chief Operating Officer

LeAnn Johnson Koch
Perkins Coie, LLP
700 13th Street, NW
Washington, DC 20005
(202) 654-6209
Counsel to CRRM

Agent Authorized to Accept Service for Defendant:

______________________________

**AMENDED APPENDIX G**
**CRRM Supplemental Environmental Project ("SEP")**

Project Description

Defendant CRRM will enhance its wastewater treatment system to reduce fugitive emissions of Volatile Organic Compounds (VOCs) and $H_2S$ by reducing hydrocarbon carryover into the wastewater treatment system. CRRM will also reduce hydrocarbon carryover into the sour water stripper (SWS) and the Sulfur Recovery Unit (SRU) which will help reduce the frequency of future acid gas flaring incidents. In addition, CRRM will also conserve water by increasing water re-use/recycling by rerouting streams to the SWS and creating additional, clean SWS effluent water, rather than using fresh water from the river. This project will have air and water (multi-media) benefits and includes the following four project components:

- New Sour Water Stripper Tank Service and Skimmer. CRRM will install an oil skimmer on its New Sour Water Stripper Tank and will put the tank into service upstream of the SWS to remove oil from the streams feeding the unit. The new Sour Water Stripper Tank will meet the requirements of NSPS Subpart Kb (40 CFR 60.112b(a)(2)), be equipped with an external floating roof, and utilize a "hydrocarbon blanket," which will act as a sponge oil material to absorb light materials that can be contained in sour water, particularly during upset conditions. This will provide added reliability to the SWS's operations by improving the feed quality of the water. This in turn will reduce the hydrocarbon carry-over from the SWS into the SRU where it otherwise would be combusted and could potentially upset the SRU, resulting in emissions of $SO_2$ and $H_2S$ due to flaring. In addition, removing hydrocarbon carryover creates capacity in the SWS for the recycle streams described in the following bullets.

- Gathering of Water Streams. Presently, water streams with high hydrocarbon and $H_2S$ levels at the coker/vaccum area are feeding into the wastewater system (process sewer). CRRM will gather the water streams and re-route them to New Sour Water Stripper Tank, upstream of the SWS. By gathering the water streams and routing them to the New Sour Water Stripper Tank, the load on the API separator will be reduced and the re-routed streams will be re-used.

- Recycling of Stripped Sour Water. CRRM will install piping and pumps to route the effluent streams from the SWS to other refinery units for re-use. The effluent streams will be routed away from the API and to the crude tower, the desalter, the coker spray header or to other units. CRRM's recycling and reuse will allow the refinery to reduce its fresh water use by approximately 30 gallons/minute (approximately 15 million gallons/year).

- Agar Probe Installation. CRRM will install three "Agar probes" on each of its three desalters. Agar probes will enable CRRM to better delineate the interface between the water and hydrocarbon layers in the desalters to prevent hydrocarbon undercarry from the

desalters into the wastewater system. This will help reduce the hydrocarbon load on the downstream wastewater treatment system, which will increase its reliability and reduce fugitive emissions of VOCs and $H_2S$.

Project Component Deadlines

CRRM will complete the SEP by December 31, 2016 and will implement each project component described above by the following deadlines:

- New Sour Water Stripper Tank Service and Skimmer - Completed by December 31, 2014
- Gather Water Streams at Coker - Completed by December 31, 2014
- Recycle of Stripped Sour Water - Completed by December 31, 2014
- Agar Probe Installation - Completed by December 31, 2016 (requires turnaround for the installation of ports on the desalter)

Once completed, CRRM will operate the SEP for at least five years.