# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>AND<br><br>THE STATE OF KANSAS, ex rel.<br>KANSAS DEPARTMENT OF HEALTH<br>AND ENVIRONMENT,<br><br>        Plaintiff,<br><br>    v.<br><br>COFFEYVILLE RESOURCES REFINING &<br>MARKETING, LLC,<br><br>        Defendant. | No. 6:04-cv-01064 |

## JOINT MEDIATION STATUS REPORT AND MOTION FOR STAY

Pursuant to D. Kan. Rule 7.1 and Section 4(d) of the January 10, 2023 Scheduling Order entered in this case (Dkt. 121) ("Scheduling Order"), Plaintiffs the United States of America and the Kansas Department of Health and Environment and Defendant Coffeyville Resources Refining & Marketing, LLC (collectively, "the Parties") are providing the Court with a status report on mediation, in accordance with this Court's April 17, 2023 Order (Dkt. 136). The Parties also jointly move the Court to stay these proceedings for a period of 90 days and to extend all forthcoming deadlines in the Federal Rules of Civil Procedure and Scheduling Order in order for the Parties to complete negotiation of a consent decree resolving this matter. In support of this motion, the Parties state as follows:

    1.    The Parties held an in-person mediation session at the Tenth Circuit Court of

Appeals on May 10-11, 2023. The mediation led to the Parties reaching an agreement-in-principle to resolve the pending litigation and Defendant's appeal of this Court's March 30, 2022 Memorandum and Order (Dkt. 95) (Appeal No. 22-3088).

2. Therefore, the Parties request that this Court stay this case for a period of 90 days and extend forthcoming deadlines in the Federal Rules of Civil Procedure and Scheduling Order to give the Parties time to memorialize the agreement reached during mediation in a consent decree. The consent decree is subject to approval by various U.S. Department of Justice and U.S. Environmental Protection Agency officials with statutory or delegated approval authority, as well as a 30-day public notice and comment period, after which United States may seek Court approval. *See* 28 C.F.R. § 50.7.

3. The Parties will file a joint status report with the Court concerning the progress of their negotiations no later than seventy-five (75) days from the date the Court issues an order granting this motion. If the Parties mutually agree that additional time is needed to finalize these negotiations, then they will jointly request that the Court extend the stay for a set period of time.

4. If the Parties' negotiations are unsuccessful, the requested stay shall expire 90 days after a court order granting this joint motion for stay ("Order for Stay") and all deadlines under the Federal Rules of Civil Procedure and/or Court's Scheduling Order will be reinstituted with the following extensions: those deadlines that would have occurred before the Court's entry of an Order for Stay shall be extended by 120 days from the Court's entry of such Order for Stay; all other deadlines shall be extended by 90 days from the entry of such Order for Stay.

Dated: May 19, 2023                              Respectfully submitted,

*Attorneys for the United States*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division


/s/ Joanna Citron Day
ELIZABETH L. LOEB
NY Bar Number 2294809
Senior Attorney
JOANNA CITRON DAY
DC Bar Number 477833
Senior Counsel
HELEN LI
CT Bar Number 439117
Trial Attorney
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 616-8916
Fax: (202) 616-6584
elizabeth.loeb@usdoj.gov
joanna.day@usdoj.gov
helen.li2@usdoj.gov

KATE E. BRUBACHER
United States Attorney
District of Kansas

CHRISTOPHER ALLMAN
Assistant United States Attorney
Ks. S.Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: chris.allman@usdoj.gov

OF COUNSEL:
Britt Bieri
Antonette Palumbo
Assistant Regional Counsel

3

United States Environmental Protection Agency
Region 7
Lenexa, Kansas 66219

Sabrina Argentieri
Attorney Advisor
Air Enforcement Division
Office of Enforcement and Compliance Assurance
United States Environmental Protection Agency
Washington, D.C. 20004

*Attorneys for the State of Kansas and the Kansas Department of Health and Environment*

/s/ Kate J. Gleeson
KATE J. GLEESON, No. 25518
Senior Environmental Attorney
Special Assistant Attorney General
Kansas Department of Health and Environment
1000 S.W. Jackson, Suite 560
Topeka, Kansas 66612
(785) 296-1607
(785) 559-4272 (fax)
kate.gleeson@ks.gov

Grant A. Harse, No. 24666
Lathrop GPM LLP2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Telephone: 816.292.2000
Facsimile: 816.292.2001
Grant.Harse@lathropgpm.com

*Attorneys for Defendant Coffeyville Resources Refining & Marketing, LLC*

/s/ Mark Olthoff
MARK OLTHOFF (KS Fed. #70339)
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 395-0620
molthoff@polsinelli.com

LeAnn Johnson Koch (admitted *Pro Hac Vice*)

4

Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6209
leannjohnson@perkinscoie.com

M. Ray Hartman III (admitted *Pro Hac Vice*)
Perkins Coie LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: (858) 720-5772
rhartman@perkinscoie.com

David Zoppo (admitted *Pro Hac Vice*)
Perkins Coie LLP
33 E. Main Street, Suite 201
Madison, WI 53703-3095
Telephone: (608) 663-7465
dzoppo@perkinscoie.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2023, I electronically filed the foregoing motion in the above-captioned proceeding with the clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Joanna Citron Day
JOANNA CITRON DAY